# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION



| | | |
|---|---|---|
| ROBERT W. GOSS | § | |
| | § | |
| V. | § | CASE NO. 4:06cv59 |
| | § | (Judge Schell/Judge Bush) |
| Commissioner of Social | § | |
| Security Administration | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action for judicial review of the administrative denial of social security disability insurance benefits, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On August 30, 2006, the Magistrate Judge entered a Report containing his proposed findings of fact and recommendation that the decision of the commissioner be affirmed. On September 14, 2006, Plaintiff filed objections to the Report and Recommendation.

Having made a *de novo* review of the objections raised by Plaintiff thereto, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the decision of the Administrative Law Judge shall be and is hereby **AFFIRMED**.

**SIGNED** this 28th day of September, 2006.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE